IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| TERESA WARD COOPER | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | NO. 3-04-CV-2407-N |
| VS. | § | |
| | § | (Consolidated With: |
| CITY OF DALLAS, TEXAS, | § | No. 3-06-CV-1794-N) |
| ET AL. | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge dated May 20, 2008, including de novo review of those matters to which objection was made, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED.**

Signed August 11, 2008.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE