IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERESA WARD COOPER | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-04-CV-2407-N |
| | § | |
| CITY OF DALLAS, TEXAS, | § | |
| ET AL. | § | |
| | § | |
| Defendants. | § | |

**ORDER**

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court. The Court finds that plaintiff is indigent, but certifies that her appeal is not taken in good faith. Accordingly, plaintiff's motion for leave to proceed *in forma pauperis* on appeal [Doc. #175] is denied.

SO ORDERED.

Signed May 1, 2009.

David C. Godbey
United States District Judge